UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                        Case No: 25-18245-RAM
Juan Carlos Ruiz,                                                      Chapter 13


_____Debtor_____/


**NOTICE OF APPEARANCE ON BEHALF OF SECURED CREDITOR'S PALM EAST GARDENS, INC.**

PLEASE TAKE NOTICE THAT the below undersigned counsel has been retained as counsel of record on behalf of secured creditor Palm East Gardens, Inc. in the above styled cause. Please direct copies of all motions, pleadings, notices or any other matters that arise in this action, to the undersigned counsel as stated below.


Attorney of Record:   **Christina A. Fiallo, Esq.**
Law Firm:                       **FIALLO LAW, P.A.**
Florida Bar No.:           92376
Service E-mail:            **Service@FialloLaw.com**
Mailing Address:       **8000 Governors Square Blvd, #402, Miami Lakes, FL 33016**


CERTIFICATE OF SERVICE

The following parties were served via the Notice of Electronic Filing

- Office of the US Trustee          USTP.Region21.@usdoj.gov
- Nancy K. Neidich                       e2c8f01@ch13miami.com
- Jose A. Blanco                           eservice@blancopa.com

**FIALLO LAW**
8000 Governors Square Blvd., Suite 402 Miami Lakes, Florida 33016
Tel: 305-222-7715 • Fax: 305-907-5390
Service Email: christina@fiallolaw.com

Page **1** of **2**

**The following parties were served by U.S.P.S. First Class Mail:**

See attached service list

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice was mailed to all attached service list on this 29th of August, 2025.

I HEREBY certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

  /s/ Christina A. Fiallo
Christina Alexandra Fiallo, Esq.
Florida Bar Number: 92376

**Fiallo Law**
8000 Governors Square Blvd, Suite 402
Miami Lakes, FL 33016
O: 305-222-7715
F: 305-907-5390
service@fiallolaw.com

**FIALLO LAW**
8000 Governors Square Blvd., Suite 402 Miami Lakes, Florida 33016
Tel: 305-222-7715 • Fax: 305-907-5390
Service Email: christina@fiallolaw.com

Page **2** of **2**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 25-18245-RAM<br>Southern District of Florida<br>Miami<br>Fri Aug 29 15:17:29 EDT 2025 | Alexander E. Borell<br>319 Clematis Street, Suite 200<br>West Palm Beach, FL 33401-4615 | Bk Of Mo/tv<br>Po Box 85710<br>Sioux Falls, SD 57118-5710 |
| Capital One, N.A., successor by merger to Di<br>P.O. Box 3025<br>New Albany, OH 43054-3025 | Chex Systems, Inc.<br>ATTN: Bankruptcy Department<br>PO Box 583399<br>Minneapolis, MN 55458-3399 | Child Support Enforcement<br>PO Box 8030<br>Tallahassee, FL 32314-8030 |
| Credit Collection Services<br>Attn: Bankruptcy<br>725 Canton St<br>Norwood, MA 02062-2679 | Current<br>Attn: Bankruptcy<br>217 Centre St #180,<br>New York, NY 10013-3624 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Discover Financial<br>Attn: Bankruptcy<br>Po Box 3025<br>New Albany, OH 43054-3025 | (p)EQUIFAX  INC<br>1550 Peachtree Street NE<br>Atlanta, GA 30309 | Experian<br>Attn: Bankruptcy Dept.<br>P.O. Box 2002<br>Allen, TX 75013-2002 |
| Fingerhut<br>Attn: Bankruptcy<br>6250 Ridgewood Road<br>Saint Cloud, MN 56303-0820 | First Digital Card<br>Attn: Bankruptcy<br>Po Box 85650<br>Sioux Falls, SD 57118-5650 | First Progress<br>Attn: Bankruptcy<br>Po Box 9053<br>Johnson City, TN 37615-9053 |
| Florida Department Of Revenue<br>5050 W Tennessee St<br>Tallahassee, FL 32399-0110 | (p)U S  ATTORNEY'S OFFICE<br>99 NE 4TH STREET SUITE 300<br>MIAMI FL 33132-2131 | Honorable Merrick Garland<br>Attorney General<br>Dept of Justice #4400<br>950 Pennsylvania Ave NW<br>Washington, DC 20530-0009 |
| IRS Centralized Bankruptcy Department<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Kikoff<br>Attn: Bankruptcy<br>75 Broadway<br>San Francisco, CA 94111-1423 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Lvnv Funding/Resurgent Capital<br>Attn: Bankruptcy<br>Po Box 10497<br>Greenville, SC 29603-0497 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 |
| Palm East Gardens, INC.<br>1850 W 56 ST (Office)<br>Hialeah, FL 33012-7386 | Santander Consumer USA, Inc<br>Attn: Bankruptcy<br>P.O. Box 961245<br>Fort Worth, TX 76161-0244 | (p)SOUTH BROWARD HOSPITAL DISTRICT<br>ATTN D/B/A MEMORIAL HEALTHCARE SYSTEM<br>3111 STIRLING RD<br>C/O LEGAL DEPARTMENT<br>HOLLYWOOD FL 33312-6566 |
| Syncb/walm<br>Po Box 71746<br>Philadelphia, PA 19176-1746 | Synchrony Bank/JCPenney<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synovus Bank<br>2700  S Lorraine Place<br>Sioux Falls, SD 57106-3657 |

| | | |
|---|---|---|
| T Mobile/T-Mobile USA Inc<br>by AIS Infosource, LP as agent<br>PO Box 248848<br>Oklahoma City, OK  73124-8848 | (p)TRANSFORM CREDIT INC<br>1440 W TAYLOR ST<br># 431<br>CHICAGO IL 60607-4623 | Transunion<br>Attn: Bankruptcy Dept.<br>P.O. Box 2000<br>Chester, PA 19016-2000 |
| Wheels Financial/LoanMart<br>Attn: Bankruptcy<br>Po Box 4477<br>Beaverton, OR 97076-4401 | Zurp / Fpb<br>488 Northeast 18th St<br>Miami, FL 33132-1112 | Jose A Blanco<br>Jose A. Blanco, P.A.<br>102 E 49th ST<br>Hialeah, FL 33013-1853 |
| Juan Carlos Ruiz<br>1810 W 56 St #3415<br>Hialeah, FL 33012-7323 | Nancy K. Neidich<br>www.ch13miami.com<br>POB 279806<br>Miramar, FL 33027-9806 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Department of the Treasury<br>PO Box 21126<br>Philadelphia, PA 19114 | Equifax<br>Attn: Bankruptcy Dept.<br>P.O. Box 740241<br>Atlanta, GA 30374 | Honorable Markenzy Lapointe<br>US Attorney for Southern District<br>99 NE 4 St<br>Miami, FL 33132 |
| South Broward Hospital District<br>3111 Stirling Road<br>Fort Lauderdale, FL 33312 | Transform Credit Inc<br>Attn: Bankruptcy<br>1440 W Taylor St #431<br>Chicago, IL 60607 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)Miami | End of Label Matrix<br>Mailable recipients    37<br>Bypassed recipients     1<br>Total                  38 |